# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF TEXAS

## HOUSTON DIVISION

| | | |
|---|---|---|
| THOMAS WALTER POLCYN, | § | |
| | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 4:26-cv-00302 |
| | § | |
| UNITED STATES OF AMERICA; | § | |
| PAMELA BONDI, Attorney | § | |
| General of the United States, in her | § | |
| official capacity; | § | |
| NICHOLAS GANJEI, United | § | |
| States Attorney for the Southern | § | |
| District of Texas, in his official | § | |
| capacity; and | § | |
| THE UNITED STATES | § | |
| DEPARTMENT OF JUSTICE, | § | |
| FINANCIAL LITIGATION UNIT. | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF CORRECTED PROPOSED ORDER

## FOR TEMPORARY RESTRAINING ORDER

Plaintiff files this Notice of Corrected Proposed Order for Temporary Restraining Order.

The proposed order previously submitted contained an incorrect case number. Plaintiff now submits a corrected version with the proper case number for the Court's consideration.

A corrected Proposed Temporary Restraining Order is attached.

Respectfully submitted,


/s/ Fitzgerald U. Eze

Fitzgerald U. Eze

Attorney for Thomas W. Polcyn

State Bar No. 24116336

8303 Southwest Freeway, Ste. 970

Houston, TX 77074

Phone: (832) 668-9000

Email: eze@jurisprudent.one