**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>v.<br><br>THOMAS POLCYN,<br>　　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:26-cv-00302 |

**<u>TEMPORARY RESTRAINING ORDER</u>**

Plaintiff's Emergency Motion for Temporary Restraining Order is before the Court. Having considered the motion, the pleadings, the exhibits, and the applicable law, the Court finds that immediate and irreparable injury will occur before the United States can be heard in opposition, and that a Temporary Restraining Order is necessary to preserve the status quo.

It is therefore ORDERED that:

1. The United States is ENJOINED from taking any action to foreclose, enforce, or collect on the restitution lien at issue in this case.

2. The United States is ENJOINED from seeking or obtaining any foreclosure order or receivership appointment in *United States v. Polcyn*, No. 4:00-cr-00544 (S.D. Tex.), pending further order of this Court.

3. This Temporary Restraining Order shall remain in effect until the Court rules on Plaintiff's Motion for Preliminary Injunction or until further order of the Court.

4. An Initial Conference for Plaintiff's Motion for Preliminary Injunction is set for April 7, 2026, at 10:40 a.m.

SIGNED on this ___ day of _____, 2026.

_____

HON. LEE H. ROSENTHAL