# Exhibit 3

DEPARTMENT OF JUSTICE

For national Use By Recording Office

X792946

07/26/04  100553914

$11.00

REAL PROPERTY

## NOTICE OF LIEN FOR FINE AND/OR RESTITUTION
## IMPOSED PURSUANT TO
### THE ANTI-TERRORISM AND EFFECTIVE
### DEATH PENALTY ACT OF 1996

United States Attorney's Office for
__SOUTHERN DISTRICT OF TEXAS__

Serial Number
__2002Z03870/002__

　　　**NOTICE** is hereby given of a lien against the property of the defendant named below. Pursuant to Title 18, United States Code, § 3613(c), a fine or an order of restitution imposed pursuant to the provisions of subchapter C of chapter 227 is a lien in favor of the United States upon all property belonging to the person fined or ordered to pay restitution. Pursuant to § 3613(d), a notice of lien shall be considered a notice of lien for taxes for the purposes of any State or local law providing for the filing of a tax lien. The lien arises at the time of the entry of judgment and continues until the liability is satisfied, remitted, or set aside, or until it becomes unenforceable pursuant to § 3613(b).

| | |
|---|---|
| Name of Defendant: | Thomas Walter Polcyn |
| Social Security Number: | 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 |
| Date of Birth: | July 29, 1959 |
| Residence: | 18330 Hampton Oak Circle<br>Spring, Texas 77379 |
| Amount of Fine/Restitution: | $504,401.00 |
| Court Imposing Judgment: | Houston  Division |
| Court Number: | H-00-544 |
| Date of Judgment: | May 30, 2002 |
| Date of Entry of Judgment: | May 30, 2002 |
| Rate of Interest: | 2.320% |

**FILED FOR RECORD**
8:00 AM

JUL 2 6 2004

County Clerk, Harris County, Texas

If payment becomes past due, penalties totaling up to 25 percent of the principal amount past due may arise. *18 U.S.C. § 3612(g)*.

**IMPORTANT RELEASE INFORMATION**--With  respect to the lien listed above, this notice shall operate as a certificate of release pursuant to 18 U.S.C. § 3613(b) by operation of law, but no later than __May 28, 3025__ (twenty years plus term of imprisonment).

PLACE OF FILING: __HARRIS COUNTY__.

This notice was prepared and signed at __HOUSTON, TEXAS__ on this __7th__ day of __July__, 2004.

Signature,

CLAUDE HIPPARD
Assistant United States Attorney
P. O. Box 61129
Houston, Texas 77208
Tel:  (713) 567-9560
Fax: (713) 718-3405

**RETURN TO:**
US ATTORNEY'S OFFICE
ATTN: FINANCIAL LITIGATION UNIT **(BW )**
P. O. BOX 61129
HOUSTON, TEXAS 77208

ANY PROVISION HEREIN WHICH RESTRICTS THE SALE, RENTAL, OR USE OF THE DESCRIBED REAL PROPERTY BECAUSE OF COLOR OR RACE IS INVALID AND UNENFORCEABLE UNDER FEDERAL LAW.
THE STATE OF TEXAS
COUNTY OF HARRIS

I hereby certify that this instrument was FILED in File Number Sequence on the date and at the time stamped hereon by me; and was duly RECORDED, in the Official Public Records of Real Property of Harris County, Texas on

JUL 2 6 2004

COUNTY CLERK
HARRIS COUNTY, TEXAS

RECEIVED BY
OFFICE OF U.S. ATTORNEY

04 AUG -5 PM 12: 06

SOUTHERN DISTRICT OF TEXAS
FLU