# Exhibit 4

DEPARTMENT OF JUSTICE

NOTICE OF LIEN FOR FINE AND/OR RESTITUTION
IMPOSED PURSUANT TO
THE ANTI-TERRORISM AND EFFECTIVE
DEATH PENALTY ACT OF 1996

For Optional Use By
Recording Office

United States Attorney's Office for
  SOUTHERN DISTRICT OF TEXAS

Serial Number
  2002Z03870/002

**SECRETARY OF STATE**

**NOTICE** is hereby given of a lien against the property of the defendant named below. Pursuant to Title 18, United States Code, § 3613(c), a fine or an order of restitution imposed pursuant to the provisions of subchapter C of chapter 227 is a lien in favor of the United States upon all property belonging to the person fined or ordered to pay restitution. Pursuant to § 3613(d), a notice of lien shall be considered a notice of lien for taxes for the purposes of any State or local law providing for the filing of a tax lien. The lien arises at the time of the entry of judgment and continues until the liability is satisfied, remitted, or set aside, or until it becomes unenforceable pursuant to § 3613(b).

| | |
|---|---|
| Name of Defendant: | Thomas Walter Polcyn |
| Social Security Number: | 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 |
| Date of Birth: | July 29, 1959 |
| Residence: | 18330 Hampton Oak Circle<br>Spring, Texas 77379 |
| Amount of Fine/Restitution: | $504,401.00 |
| Court Imposing Judgment: | Houston  Division |
| Court Number: | H-00-544 |
| Date of Judgment: | May 30, 2002 |
| Date of Entry of Judgment: | May 30, 2002 |
| Rate of Interest: | 2.320% |

If payment becomes past due, penalties totaling up to 25 percent of the principal amount past due may arise. 18 U.S.C. § 3612(g).

**IMPORTANT RELEASE INFORMATION**--With  respect to the lien listed above, this notice shall operate as a certificate of release pursuant to 18 U.S.C. § 3613(b) by operation of law, but no later than May 28, 3025    (twenty years plus term of imprisonment).

PLACE OF FILING:  HARRIS COUNTY.

This notice was prepared and signed at  HOUSTON, TEXAS  on this  7th  day of  July  , 2004.

Signature:

CLAUDE HIPPARD
Assistant United States Attorney
P. O. Box 61129
Houston, Texas 77208
Tel: (713) 567-9560
Fax: (713) 718-3405

RETURN TO:
US ATTORNEY'S OFFICE
ATTN: FINANCIAL LITIGATION UNIT (BW)
P. O. BOX 61129
HOUSTON, TEXAS 77208

04-0076129403
07/26/2004 05:00 PM

FILED
TEXAS
SECRETARY OF STATE

SOS

65931220002

Uniform Commercial Code
P.O.Box 13193
Austin,Texas 78711-3193



Geoffrey S. Connor
Secretary of State

## Office of the Secretary of State

07/27/2004
Page 1 of 1

U S Department of Justice United States Attorney
P O Box 61129
Houston TX 77208

Filing Fee: $5.00

**Total Filing Fee:** **S5.00**

Re: **Texas UCC Initial Filing Acknowledgment**

The Texas Secretary of State's Office has received and filed your document. The information below reflects the data that was indexed into our system.

Initial Filing Type: **Restitution Lien**

Initial Filing Number: **04-0076129403**　　　Filing Date: **07/26/2004**　　　Filing Time: **5:00 p.m.**

Lapse Date: **07/26/2014**　　　Document Number: **65931220002**

| Party Type | Party Name and Address |
|---|---|
| Debtor | **POLCYN THOMAS WALTER** |
| | **18330 HAMPTON OAK CIRCLE, SPRING, TX, USA, 77379** |
| Secured Party | **UNITED STATES** |
| | **P O BOX 61129, HOUSTON, TX, USA, 77208-9957** |

Please feel free to contact us at 512-475-2705 if you have any questions regarding the above information.

User ID: ACHOTIROS

Uniform Commercial Code
P.O.Box 13193
Austin,Texas 78711-3193



Geoffrey S. Connor
Secretary of State

### Office of the Secretary of State

### Packing Slip

**July 27, 2004**

Page 1 of 1

U S Department of Justice United States Attorney
P O Box 61129
Houston, TX 77208- 9957

**Batch Number:** 6593122

**Client ID:** 12379375

**Batch Date:** 07-26-2004

**Return Method:** Mail

**Phone No:**       713-567-9518   -

| Document Number | Document Detail | Filing Number / Name | Page Count | Fee |
|---|---|---|---|---|
| 65931220002 | Restitution Lien | 04-0076129403 | 3 | $5.00 |
| | | **Total Document Fees** | | **$5.00** |

| Payment Type | Payment Status | Payment Reference | Amount |
|---|---|---|---|
| Check | Retained | 27957326 | $10.00 |
| | | **Total Payments Received** | **$10.00** |
| | | Total Amount Charged to Client Account | $0.00 |
| | | Total Amount Credited to Client Account | $5.00 |

*Note:*   This is not a bill. Please do not send any payments until the monthly statement is received.
Any amount credited to Client Account may be refunded upon request.
Refunds (if applicable) will be processed within 10 business days.
Acknowledgement of Filing Document(s) (if present) is attached.

User ID: ACHOTIROS

*Come visit us on the Internet @ http://www.sos.state.tx.us/*

512-475-2705                FAX 512-463-1425                TTY 7-1-1