# Exhibit 5



DEPARTMENT OF JUSTICE
NOTICE OF LIEN FOR FINE AND/OR
RESTITUTION IMPOSED PURSUANT TO THE
ANTI-TERRORISM AND EFFECTIVE DEATH
PENALTY ACT OF 1996

| For Optional Use By Recording Office |
| --- |

United States Attorney's Office for
**SOUTHERN DISTRICT OF TEXAS**

Serial Number
2003A58645

   **NOTICE** is hereby given of a lien against the property of the defendant named below. Pursuant to Title 18, United States Code, § 3613(c), a fine or an order of restitution imposed pursuant to the provisions of subchapter C of chapter 227 is a lien in favor of the United States upon all property belonging to the person fined or ordered to pay restitution. Pursuant to § 3613(d), a notice of lien shall be considered a notice of lien for taxes for the purposes of any State or local law providing for the filing of a tax lien. The lien arises at the time of the entry of judgment and continues until the liability is satisfied, remitted, or set aside, or until it becomes unenforceable pursuant to § 3613(b).

| | |
| --- | --- |
| Name of Defendant | Thomas Walter Polcyn |
| Amount of Fine/Restitution | $504,201.00, plus applicable interest and penalties |
| Court Imposing Judgment | Houston Division |
| Court Number | 4:00-CR-544-07 |
| Date of Judgment | June 28, 2003 |
| Date of Entry of Judgment | July 3, 2003 |

If payment becomes past due, penalties totaling up to 25 percent of the principal amount past due may arise. 18 U.S.C. § 3612(g).

**IMPORTANT EXPIRATION INFORMATION**--With respect to the lien listed above, this notice shall remain in effect pursuant to the provisions of 18 U.S.C. § 3613.

PLACE OF FILING: <u>GALVESTON</u> County, TX

This notice was prepared and signed at HOUSTON, TX, on August 30, 2024.

Signature:

*Melissa Hotze*

Melissa Hotze
Assistant United States Attorney
1000 Louisiana, Suite 2300
Houston, Texas 77002
Tel: (713) 567-9167
Fax: (713) 718-3405

**RETURN TO:**
U.S. Attorney's Office
Asset Recovery Unit (LV)
1000 Louisiana, Suite 2300
Houston, Texas 77002

# FILED AND RECORDED

Instrument Number:        *2024039784*

Recording Fee: 25.00

Number Of Pages:        2

Filing and Recording Date: 09/03/2024 1:58PM

I hereby certify that this instrument was FILED on the date and time stamped hereon and RECORDED in the OFFICIAL PUBLIC RECORDS of Galveston County, Texas.



**Dwight D. Sullivan**, County Clerk
Galveston County, Texas

NOTICE: It is a crime to intentionally or knowingly file a fraudulent court record or instrument with the clerk.

**DO NOT DESTROY** - *Warning, this document is part of the Official Public Record.*