# Exhibit 6



**U.S. Department of Justice**
*United States Attorney's Office*
*Southern District of Texas*

Financial Litigation Program
Phone (713) 567-9167
Fax (713) 718-3405

1000 Louisiana, Suite 2300
Houston, TX 77002

March 7, 2025

*Sent via electronic mail*

Thomas Polcyn
c/o Fitzgerald Eze
Email: eze@jurisprudent.one

> Re:    *United States v. Thomas Polcyn*
> Criminal Action No. 4:00-cr-00544

### LETTER AGREEMENT RELATING TO SALE OF
### 1221 BAY STREET, CRYSTAL BEACH, TEXAS  77650

Dear Mr. Polcyn,

As you know, you are legally obligated to pay court-ordered restitution pursuant to the judgment entered in *United States v. Thomas Polcyn*, No. 4:00-cr-00544 (the "Criminal Case"). The restitution that you currently owe is approximately $282,908.41, not including interest. You, together with your wife, Mary Polcyn, own real property located at 1221 Bay Street, Crystal Beach, Texas 77650 (the "Polcyn House"), the full legal description of which is as follows:

> The North Thirty-Seven feet and 6 inches (N37'6") of Lot Forty-Six (46) and all of Lots Forty-Seven (47) and Forty-Eight (48), KONA KAI, a subdivision in Galveston County, Texas, according to the map or plat thereof, recorded in Volume 1616, Page 22 and transferred to Volume 2, Page 8, Map Records, Galveston County, Texas.

The United States holds a lien on the Polcyn House, pursuant to 18 U.S.C. § 3613(c), which has been perfected by recording notice of it in the Official Public Records of Galveston County, as Document Number 2024039784 (the "Lien"). The Lien and your restitution obligation are due to expire by operation of law twenty years after your release from imprisonment in the Criminal Case.

You have volunteered to sell the Polcyn House and apply the proceeds to your outstanding restitution balance.  The U.S. Attorney's Office ("USAO") agrees to the sale of the Polcyn Beach House under the following conditions:

1.  You shall  list the Polcyn House for sale on or before May 31,2025.

2.  Pending the sale of the Polcyn Homestead House, you shall maintain it in the same or better condition and repair from the date of execution of this Letter Agreement, to the closing of a sale, including but not limited to the following:

    a.  keeping the property free of hazards and structural defects; keeping all heating, air conditioning, plumbing, electrical, gas, oil, or other power facilities in good working condition and repair; keeping the property clean and performing sanitation and waste removal as needed; keeping the property and grounds in good condition by providing all ordinary and necessary routine maintenance;

    b.  maintaining homeowners insurance, including fire insurance, equal to the full replacement cost of the property and all improvements thereon; maintaining flood insurance; and maintaining liability insurance for injuries occurring on or resulting from use of the property, or activities or conditions thereon; and

    c.  timely paying the taxes on the property.

3.  The USAO shall have the following rights relating to the sale of the Polcyn House:

    a.  The right to approve any broker you engage for the sale of the Polcyn Beach House;

    b.  The right to communicate with any broker engaged for the sale of the Polcyn Beach House;

    c.  The right to approve the terms of the listing agreement, including any commission, listing price, price changes, and time limits to market the property for sale;

    d.  The right of approval before the acceptance of any offer; and

    e.  The right to be notified of any scheduled closing date.

4.  The USAO agrees to release the Lien and executes a written letter releasing the Judgement and all Garnishments at the closing of an agreed upon sale on the conditions that:

    a.    You first sign this Letter Agreement; and

b. The closing agent for the sale of the Polcyn House first issues a certified check to the Clerk of the United States District Court, Attn: Finance, 515 Rusk, Suite 5300, Houston, TX 77002, in the amount of the outstanding balance of restitution you are required to pay pursuant to the Criminal Case, to be paid out of the sales proceeds of the Polcyn House. A copy of this check will be given to Thomas Polcyn.

5. You agree that the Lien and your restitution obligation shall not expire and shall continue in full force and effect pending the sale of the Polcyn House, notwithstanding any provisions to the contrary, including 18 U.S.C. § 3613, until the USAO releases the Lien as described in Paragraph 4 of this Letter Agreement.

6. You agree that if you fail to take reasonable, good faith measures to voluntarily sell the Polcyn Beach House, and/or fail to abide by the terms of this Letter Agreement, the USAO will have the right to foreclose on the Lien.

7. If you take reasonable, good faith measures to voluntarily sell the Polcyn House and abide by the terms of this Letter Agreement, the USAO agrees that it will not foreclose on the Lien or take other measures to collect on the restitution debt until after December 31, 2025, with the exception of the collection of funds subject to the pending garnishment actions against JP Morgan Chase (Docket 541) and The Vanguard Group (Docket 540).

8. You agree that if the sale of the Polcyn House has not closed by December 31, 2025:

a. The USAO will have the right to foreclose on the Lien; and

b. The Lien and your restitution obligation shall not expire and shall continue in full force and effect, notwithstanding any provisions to the contrary, including 18 U.S.C. § 3613, until June 30, 2026.

Sincerely,

Nicholas J. Ganjei
United States Attorney

Elizabeth A. Wyman

AGREED:

_____
Thomas Polcyn