UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

THOMAS WALTER POLCYN,
      Plaintiff,
   v.

UNITED STATES OF AMERICA, ET AL.
     Defendants.

CASE NO. No. 4:26-cv-00302

## ORDER DENYING PLAINTIFF'S EMERGENCY MOTION
## FOR TEMPORARY RESTRAINING ORDER

After consideration of the Plaintiff's Emergency Motion for Temporary Restraining Order

("Motion"), the United States' Response, and any reply or argument of the parties, the Court is of the

opinion that the Motion should be **DENIED IN FULL.**

    **SO ORDERED.**

Signed in Houston, Texas on _____, 2026.

_____
LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE