UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

THOMAS WALTER POLCYN,
       Plaintiff,

   v.

UNITED STATES OF AMERICA, ET AL.
       Defendants.

CASE NO. No. 4:26-cv-00302

## ORDER GRANTING MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)

After consideration of the United States' Motion to Dismiss Pursuant to Rule 12(b)(6) ("Motion"), and any response, reply, or argument of the parties, the Court is of the opinion that the Motion should be **GRANTED**.  It is therefore:

**ORDERED** that United States' Motion to Dismiss Pursuant to Rule 12(b)(6)  is **GRANTED**; and

**ORDERED** that all causes of action by Plaintiff Thomas Walter Polcyn are **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief can be granted.

This is a **FINAL JUDGMENT**.

**SO ORDERED.**

Signed in Houston, Texas on _____, 2026.

_____
LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE